UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIT SHYTI,<br><br>Defendant. | **INDICTMENT**<br><br>23 Cr.<br><br>23 CRIM 667 |

### COUNT ONE
### (Hobbs Act Robbery)

The Grand Jury charges:

1. On or about July 19, 2023, in the Southern District of New York and elsewhere, ERIT SHYTI, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and aided and abetted the same, to wit, SHYTI robbed a convenience store in the vicinity of 38th Street and 2nd Avenue in New York, New York.

(Title 18, United States Code, Sections 1951 and 2.)

### FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, ERIT SHYTI, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_[signature]_
FOREPERSON

_[signature]_ Damian Williams
DAMIAN WILLIAMS
United States Attorney