UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ERIT SHYTI,<br><br>                    Defendant. | 23-cr-00667-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    This case having been assigned to Judge Jennifer L. Rochon, IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on **December 19, 2023 at 11:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  At the conference, this Court will address the bail violations that were previously scheduled for a bail review hearing before Judge Jennifer E. Willis.

Dated: December 18, 2023
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge