UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| - v. - | No. 1:23-cr-00667 (JLR) |
| ERIC SHYTI, | **ORDER** |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the conference on April 24, 2024, Defendant's substantive motion(s), if any, shall be filed by **June 28, 2024**. The Government shall oppose Defendant's motion(s) by **July 8, 2024**, and Defendant's reply shall be filed by **July 15, 2024**.

As FURTHER stated at the conference on April 24, 2024, IT IS HEREBY ORDERED that a jury trial shall commence on **September 30, 2024** at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **August 9, 2024** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.<br><br>In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **August 16, 2024** | Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any. In addition, to the extent that Defendant intends to put on his own case-in-chief, he shall also file his exhibit list and witness list at this time. |

| | |
|---|---|
| **August 23, 2024** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with Rule 6 of the Court's Individual Rules of Practice in Criminal Cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **September 24, 2024** at 10:00 a.m. in the aforementioned courtroom.

Dated: April 24, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge