LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

May 2, 2024

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

Letter motion GRANTED. Mr. Shyti's bail conditions are motified as described within.

Dated: May 2, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

**Re: <u>United States v. Erit Shyti</u>, 23-cr-00667 (JLR)**

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti. I write, at the recommendation of Pre-Trial Services Officer Marlon Ovalles, to respectfully request a modification to Mr. Shyti's conditions of release.

    Mr. Shyti is currently released on a personal recognizance bond, with a curfew and electronic monitoring. I ask that the Court modify his conditions of release to "Stand-alone GPS." This would remove the curfew, but the electronic monitoring would continue.

    As noted, this request is being made at the suggestion of Pre-Trial Services Officer Marlon Ovalles. This modification would allow Mr. Shyti to work additional hours, including overtime.

    AUSA Connie Dang has indicated that she defers to pre-trial services on the above request. Pre-Trial Services Officer Marlon Ovalles consents to this request.

    Accordingly, I respectfully request that the Court modify the conditions of Mr. Shyti's release to "Stand-alone GPS."

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)
        Pre-Trial Services Officer Marlon Ovalles (via email)