LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

Juen 6, 2024

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

> The within request is hereby GRANTED. Mr. Shyti's bond is modified to permit travel to New Jersey and Connecticut for work purposes only. This resolves the letter motion at ECF No. 34.   **SO ORDERED.**
>
> Dated: June 6, 2024
>        New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: **United States v. Erit Shyti, 23-cr-00667 (JLR)**

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti. I write to respectfully request a modification to Mr. Shyti's conditions of release.

    Specifically, I write to ask that the Court modify the conditions of pre-trial release to permit Mr. Shyti to travel to and from the District of New Jersey from June 7 through June 21, 2024 for work. He will be working a construction job.

    AUSA Connie Dang has indicated that she defers to pre-trial services on the above request. Pre-Trial Services Officer Marlon Ovalles consents to this request.

    I also request, at the suggestion of Pre-Trial Officer Ovalles, that the Court modify Mr. Shyti's bond to permit travel to New Jersey and Connecticut for work, without prior approval from the Court.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:   All Parties (via ECF)
       Pre-Trial Services Officer Marlon Ovalles (via email)