LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

November 27, 2024

**Letter Motion GRANTED. The sentencing is adjourned from December 17, 2024 to February 6, 2025 at 10:00 a.m.**

Date: November 27, 2024
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

<u>Via ECF</u>

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Erit Shyti</u>, 23-cr-667 (JLR)

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti. I write, with no objection from the government, to request a 45-day adjournment of Mr. Shyti's sentencing, currently scheduled for December 17, 2024.

    I am still in the process of collecting materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Shyti's behalf. Those materials include letters of support from family members who live overseas.

    Therefore, with no objection from the government, the defense respectfully requests a 45-day adjournment of Mr. Shyti's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)