LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

January 21, 2025

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

> Letter Motion GRANTED. The sentencing is adjourned from February 6, 2025 to **March 27, 2025 at 10:30 a.m.**
>
> Dated: January 21, 2025
>       New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: <u>United States v. Erit Shyti</u>, 23-cr-667 (JLR)

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti. I write to respectfully request a 45-day adjournment of Mr. Shyti's sentencing currently scheduled for February 6, 2025. The government takes no position on this application.

    I need additional time to obtain materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Shyti's behalf. Those materials include letters of support from family members who live overseas.

    Therefore, the defense respectfully requests a 45-day adjournment of Mr. Shyti's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc:     All Parties (via ECF)