LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

March 11, 2025

> Letter Motion GRANTED. The sentencing is adjourned from March 27, 2025 to **April 29, 2025 at 10:30 a.m.**
>
> Dated: March 11, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Erit Shyti**, 23-cr-667 (JLR)

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti. I write, with no objection from the government, to respectfully request a 30-day adjournment of Mr. Shyti's sentencing currently scheduled for March 27, 2025.

    I am still waiting to receive materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Shyti's behalf, including letters of support from family members who live overseas. Further, Mr. Shyti is having knee surgery tomorrow and will need some time for recuperation.

    Therefore, with no objection from the government, the defense respectfully requests a 30-day adjournment of Mr. Shyti's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)