LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

May 22, 2025

> Letter Motion DENIED. Having granted four extensions, the Court warned that it would not grant another extension of the sentencing date. Defendant may, however, submit additional newly translated letters in support by May 28, 2025.
>
> SO ORDERED.
>
> Dated: May 22, 2025
>       New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>Via ECF</u>
Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Erit Shyti</u>, 23-cr-667 (JLR)

Dear Judge Rochon:

    I am CJA counsel for Erit Shyti and write to request an adjournment of the sentencing, now scheduled for June 5, 2025, to sometime during the week of June 16, 2025. I realize that when granting the last adjournment request, this Court stated that there would be no additional extensions. Nevertheless, events this week compel me to ask for one final, brief adjournment.

    As noted in my prior letters, I have been attempting to obtain letters of support from my client's family and friends, many of whom live overseas. Despite my best efforts to obtain those letters earlier, three days ago I received a batch of letters from individuals in Albania. Then, two days ago I received another group of letters. Altogether, there are 18 letters, all written in Albanian and needing translation. Two days ago, the translator that I had been relying upon informed me that she did not have the time to translate these letters in the immediate future. After being so advised, I immediately searched for another available translator. I have now found the translator but she needs some time to complete these translations. I consider it essential that these letters be provided to this Court prior to sentencing.

    For these reasons, I respectfully ask for one final adjournment to sometime during the week of June 16, 2025, or a date thereafter that is convenient to this Court. The government has no objection to this application being granted.

I thank the Court for its attention to this matter.

                                                 Respectfully submitted,

                                                            /s/

                                                David S. Greenfield

cc:    All Parties (via ECF)