LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

May 22, 2025

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.

Dated: May 23, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: **United States v. Erit Shyti**, 23-cr-667 (JLR)

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti, a defendant in the above referenced case. I write, with the consent of the government and pretrial services, to respectfully request a modification to Mr. Shyti's conditions of release.

    Specifically, I write to ask that the Court modify the conditions of pre-trial release to permit Mr. Shyti to travel to and from Pennsylvania on Monday, May 26, 2025 for work. He will be supervising a construction job for the day. He will provide the specific details to his Pre-Trial Services Officer within the next day.

    As noted, AUSA Connie Dang defers to Pre-Trial Services decision and Pre-Trial Service Officer Francesca Piperato consents to this request.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)
       Pre-Trial Services Officer Francesca Piperato (via email)