LAW OFFICES<br>
DAVID S. GREENFIELD<br>
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013<br>
(212) 481-9350<br>
TELECOPIER (212) 571-5507

July 24, 2025

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

*Letter Motion GRANTED.*

*Dated: July 24, 2025*
*New York, New York*

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: <u>United States v. Erit Shyti</u>, 23-cr-00667 (JLR)

Dear Judge Rochon:

    I am CJA counsel to Erit Shyti. I write to respectfully request a modification to Mr. Shyti's conditions of release.

    Specifically, I write to ask that the Court modify the conditions of pre-trial release to permit Mr. Shyti to travel to Ocean City, Maryland from August 7 through 14, 2025 with his wife and two children.

    AUSA Connie Dang has indicated that she defers to pre-trial services on the above request. Pre-Trial Services Officer Franqeska Marshall consents to this request.

    If the request is approved, Mr. Shyti will provide the full itinerary to his pre-trial services officer.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)
        Pre-Trial Services Officer Franqeska Marhsall (via email)